

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00374-CV

| | | |
|---|---|---|
| JOHN M. BACSIK, III, CHARLIE MICHEL BACSIK, AND EMILY BACSIK, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-325569-21) |
| V. | § | July 11, 2024 |
| TAX RESCUE II, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that John M. Bacsik, III, Charlie Michel Bacsik, And Emily Bacsik shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr